**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

XEZAKIA ROUSE,
Plaintiff,

v.                                                                                   No. CV 11-0433 MV/CG

SGT. TOBY L. BACA,
OTHER UNNAMED SGT.,
Defendants.

## ORDER

**THIS MATTER** comes before the Court on *Plaintiff's Request for Counsel*, (Doc. 31), and *Plaintiffs'* [sic] *Second Request for Subpoenas or in the Alternative Production of Evidence*, (Doc. 32). Mr. Rouse again asks the Court to force the Department of Corrections to disclose the name of all officers involved in the assault which forms the basis of his complaint and to produce all documentary evidence relating to his claims. (Doc. 32). Mr. Rouse also renews his request for court-appointed counsel. (Doc. 31). The Court has already denied Mr. Rouse's request for counsel and has granted the relief requested in his *Request for Subpoenas* by ordering Defendant to produce a *Martinez* report. (*See* Doc. 29; Doc. 30).

**IT IS THEREFORE ORDERED** that *Plaintiff's Request for Counsel*, (Doc. 31), and *Plaintiffs'* [sic] *Second Request for Subpoenas or in the Alternative Production of Evidence* be **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE