IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

XEZAKIA ROUSE,
Plaintiff,

v.   No. CV 11-0433 MV/CG

SGT. TOBY L. BACA,
OTHER UNNAMED SGT.,
Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** comes before the Court on Plaintiff's *Motion for Extension of Time for Objection*, (Doc. 62). Plaintiff advises that he has not received the *Proposed Findings and Recommended Disposition* ("PFRD") filed by this Court on December 14, 2011. (*Id.*; Doc. 63 at 1-2). He requests that the Court mail him a second copy of the PFRD and that he be granted a 21 day extension of time to file objections to the PFRD. (Doc. 62; (Doc. 63 at 1-2). The Court, having considered the motion, and otherwise being fully advised in the premises, **FINDS** that Plaintiff has shown good cause for an extension of time.

**IT IS THEREFORE ORDERED** that the Clerk of the Court mail a second copy of the *Proposed Findings and Recommended Disposition*, (Doc. 61), to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Extension of Time* be **GRANTED**. Plaintiff may file written objections to the Court's *Proposed Findings and Recommended Disposition* within twenty-one days of service of the PFRD.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE