## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

XEZAKIA ROUSE,
Plaintiff,

v.                                                          No. CV 11-0433 MV/CG

SGT. TOBY L. BACA,
OTHER UNNAMED SGT.,
Defendants.

### ORDER

**THIS MATTER** is before the Court on Plaintiff's *Motion for Immediate Federal Intervention and for Second Extension.* (Doc. 66). Plaintiff states that prison officials are preventing him from filing objections to this Court's *Proposed Findings and Recommended Disposition* ("PFRD") and he requests that federal marshals pick up and hand deliver his objections. (*Id.*). He also requests an extension of time to file objections to the PFRD. (*Id.*).

Notwithstanding Plaintiff's claim that officials are preventing him from sending out legal mail, the Court received Plaintiff's objections to the PFRD on February 2, 2012. (Doc. 67). Plaintiff's request for federal intervention and for an extension of time is now moot.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Immediate Federal Intervention and for Second Extension* be **DENIED AS MOOT**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE